AO 104 (Rev. 07/16)  Tracking Warrant (Page 2)

Case No. 1:21-mj- 150-01-AJ

## Return of Tracking Warrant With Installation

1. Date and time tracking device installed: 5/4/2021 0317 hours

2. Dates and times tracking device maintained: 6/3/2021 0325 hours / 7/9/2021 0900 hours

3. Date and time tracking device removed: 7/21/2021 0300 hours

4. The tracking device was used from (date and time): 5/4/2021 0317 hours

   to (date and time): 7/9/2021 0900 hours.

## Return of Tracking Warrant Without Installation

1. Date warrant executed: _____

2. The tracking information was obtained from (date and time): _____

   to (date and time): _____.

## Certification

I declare under the penalty of perjury that this return is correct and was returned along with the original warrant to the designated judge.

Date: 8/2/2021

*Executing officer's signature*

Michael McGee / FBI Task Force Officer
*Printed name and title*

[Print]  [Save As...]  [Reset]